# In the United States Court of Federal Claims

No. 05-628L
(Filed October 17, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
**JOSEPH MACK,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The parties have informed the Court that they have reached a tentative settlement of *Testwuide v. United States*, No. 01-201L, and the related cases, including this one. As a consequence, the Court hereby stays all proceedings in this matter. The parties shall file a joint status report within ninety days of the date of this order, to inform the Court of the status of the settlement process.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge